**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1428**

IHUOMA EZEBUIHE,

        Plaintiff - Appellant,

    v.

COPPIN STATE UNIVERSITY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
J. Mark Coulson, Magistrate Judge.  (1:20-cv-03759-JMC)

Submitted:  January 23, 2025               Decided:  January 27, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  David A. Branch, Washington, D.C., for Appellant.  Anthony G. Brown, Attorney General, Patrick D. Sheridan, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ihuoma Ezebuihe appeals from the magistrate judge's orders[*] granting summary judgment to Defendant in her civil action alleging national origin discrimination and retaliation and denying her Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders. *Ezebuihe v. Coppin State Univ.*, No. 1:20-cv-03759-JMC (D. Md. July 14, 2022 & Mar. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c).